IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02292-TPO

YELIXA CAMPO HERNANDEZ,

Petitioner,

v.

JUAN BALTAZAR, Warden,
Aurora Detention Facility,

GEORGE VALDEZ, Acting Director of the Denver Field Office,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, and

TODD BLANCHE, Attorney General,

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 9, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 11], and Respondents later filed a Status Report [ECF 12] reporting that Petitioner was granted release on bond.

There is no need to take any further action in this case. The order at ECF 4 to preserve the Court's jurisdiction is moot.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.